**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.   CATHRYN BOYDSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIV-15-1343-D |
| 1.   DAVID STANLEY AUTO GROUP, | ) ) ) |
| and | ) ) |
| 2.   DAVID STANLEY DODGE, L.L.C., | ) ) |
| Defendants. | ) ) |

**JOINT STIPULATION OF DISMISSAL**

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 14th DAY OF SEPTEMBER, 2016.**


s/Amber Hurst
Mark Hammons, OBA No. 3748
Amber L. Hurst OBA No. 21231
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amber@hammonslaw.com
*Counsel for Plaintiff*

s/ Nathan Whatley
*(Signed by filing party with permission)*
Nathan Whatley, OBA No. 14601
McAfee & Taft
A Professional Corporation
Two Leadership Square, 10th Floor
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 552-2365
Facsimile: (405) 228-7365
Email: nathan.whatley@mcafeetaft.com

-and-

James L. Gibbs, II, OBA No. 15689
GOOLSBY, PROCTOR, HEFNER & GIBBS, PC
701 N. Broadway Ave., Suite 400
Oklahoma City, Oklahoma 73102-6006
Telephone: (405) 524-2400
Facsimile: (405) 524-6004
Email: jgibbs@gphglaw.com
*Counsel for Defendants*